# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

KIMBERLY ANDERSON

Plaintiff(s)

vs.                                                                                     Case Number: 5:21-cv-00130-J

CREDIT MANAGEMENT COMPANY, *ET. AL.*

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services

[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

    (Check one) ☑ YES   NO ☐

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

    HCFS Health Care Financial Services, LLC is the sole member of Healthcare Revenue Recovery Group, LLC

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify all such owners:

Corporate Disclosure Statement                                        1

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 17th day of June, 2021.

/s/ Kevin T. Crocker
Signature

Kevin T. Crocker          05087250 (Texas)
Printed Name              Bar Number

Barron & Newburger, P.C.
Firm Name

7320 N. MoPac Expwy., Ste. 400
Address

Austin                    TX    78731
City                      State  ZIP

512-649-2417    512-279-0310
Phone           Fax

kcrocker@bn-lawyers.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on __June 17, 2021__ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Matthew Flies;
Courtney Jo Davis Powell; and
Justin T. King

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery
☐ Courier Service        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

                                        /S/ Kevin T. Crocker
                                        Signature