### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMBERLY ANDERSON,                        )<br>                                           )<br>            Plaintiff,                    )<br>                                           )<br>v.                                         )        Case No. CIV-2021-130-J<br>                                           )<br>CREDIT MANAGEMENT COMPANY, et al.,         )<br>                                           )<br>            Defendant.                     ) | |

### DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC

1. Portfolio Recovery Associates, LLC, is a Delaware limited liability company.

2. The member of Portfolio Recovery Associates, LLC is PRA Group, Inc.

3. The member is a citizen of the State of Delaware.

                                        Respectfully submitted,

                                        s/ Courtney D. Powell
                                        Courtney D. Powell, OBA No. 19444
                                        Spencer Fane LLP
                                        9400 North Broadway Ext., Suite 600
                                        Oklahoma City, Oklahoma 73114
                                        Telephone: (405) 844-9900
                                        Facsimile: (405) 844-9958
                                        Email: cpowell@spencerfane.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew B. Flies – cargillflies@yahoo.com
Kevin T. Crocker - kcrocker@bn-lawyers.com
Justin T. King - king@king-lawfirm.com

s/ Courtney D. Powell