**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KIMBERLY ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CREDIT MANAGEMENT COMPANY, et al., )<br>)<br>Defendants. ) | Case No. CIV-21-130-J |

## ORDER

Before the Court are the Notices of Settlement between Plaintiff Kimberly Anderson and Defendant Phoenix Financial Services, LLC [Doc. No. 17], and between Plaintiff Kimberly Anderson and Defendant Account Resolution Services [Doc. No. 19] requesting dismissal with prejudice of all claims against said Defendants. For good cause shown, all claims against Defendant Phoenix Financial Services, LLC, and against Defendant Account Resolution Services are hereby dismissed with prejudice.

IT IS SO ORDERED this 6th day of July, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE